Emil Solazzi, Plaintiff-Appellee, v. Louis Casola and Olive Casola, Defendants-Appellants.

Gen. No. 10,545.

Alex J. Victor, and John S. Ghent, for appellant; Thomas & Davis, for appellee; Charles H. Davis, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed January 8, 1952; released for publication January 28, 1952.